

ELLIOT ENOKI
United States Attorney
District of Hawaii

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2001

at ___ o'clock and ___ m ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR01 00434 DAE |
| Plaintiff, | INDICTMENT |
| vs. | [8 U.S.C. § 1324(a)(1)(A)(iii), and (a)(1)(B)(1)] |
| FEI FEI SIU, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

Between on or about December 5, 2000, and on or about February 1, 2001, in the District of Hawaii, FEI FEI SIU, defendant herein, knowing and in reckless disregard of the fact that an alien, identified herein as M.D.F.C., had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection, such alien in buildings, located on Maka'a Street and Dillingham Boulevard, Honolulu, Hawaii, for the purpose of commercial advantage or private financial gain.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(1).

COUNT 2

The Grand Jury further charges that:

Between on or about September 19, 2001, and on or about October 12, 2001, in the District of Hawaii, FEI FEI SIU, defendant herein, knowing and in reckless disregard of the fact that an alien, identified herein as L.L., had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection, such alien in buildings, located on Dillingham Boulevard, Honolulu, Hawaii, for the purpose of commercial advantage or private financial gain.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(1).

DATED: \_\_\_\_\_10/25\_\_\_\_\_, 2001 at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

ELLIOT ENOKI
UNITED STATES ATTORNEY

EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY


Untied States v. Fei Fei Siu;
Cr. No. _____
INDICTMENT